PAYNE & FEARS LLP
   A Limited Liability Partnership
ANDREW K. HAEFFELE, Cal. Bar No. 258992
akh@paynefears.com
JENNA M. WYSONG, Cal. Bar No. 307091
jmw@paynefears.com
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: 949-851-1100
Facsimile: 949-851-1212

Attorneys for Defendants
CVS PHARMACY INC. and CVS HEALTH CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

[Southern Division – Santa Ana]

| | |
|---|---|
| SEAN MCCLINTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation, CVS HEALTH CORPORATION, a Delaware corporation, and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 8:17-cv-01234-AG-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE ANDREW J. GUILFORD<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date: Not Set<br>Complaint Filed: July 19, 2017 |

GARCIA RAINEY BLANK & BOWERBANK LLP
695 Town Center Drive
Suite 700
Costa Mesa, CA 92626
714-382-7000

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the Parties' Joint Stipulation for Dismissal With Prejudice, and good cause appearing, it is hereby ORDERED that the entire action, including all claims stated herein against all Defendants, is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: October 09, 2018

ANDREW J. GUILFORD
HONORABLE JUDGE
UNITED STATES DISTRICT COURT

GARCIA RAINEY BLANK &
BOWERBANK LLP
695 Town Center Drive
Suite 700
Costa Mesa, CA 92626
714-382-7000

-2-
[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE